IN THE UNITED STATES BANKRUPCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: | ) | |
| | ) | |
| ALAN L BANKERT & TANYA M BANKERT | ) | BK. NO. 15-03741-HWV |
| DEBTORS | ) | |
| | ) | |
| CITIBANK, N.A., NOT IN ITS INDIVIDUAL | ) | |
| CAPACITY BUT SOLELY AS OWNER TRUSTEE | ) | CHAPTER 13 |
| OF NEW RESIDENTIAL MORTGAGE LOAN | ) | |
| TRUST 2020-RPL1 | ) | |
| MOVANT | ) | JUDGE HENRY W. VAN ECK |
| | ) | |
| VS. | ) | |
| | ) | |
| ALAN L BANKERT & TANYA M BANKERT | ) | |
| DEBTORS | ) | |
| | ) | |
| CHARLES J DEHART, III (TRUSTEE) | ) | |
| TRUSTEE | ) | |

## NOTICE OF APPEARANCE AND REQUEST FOR NOTICE

**COMES NOW** Joshua I. Goldman, Esq. of the Padgett Law Group, and gives this Notice of Appearance on behalf of Citibank, N.A., not in its individual capacity but solely as Owner Trustee of New Residential Mortgage Loan Trust 2020-RPL1and requests that they be noticed on all pleadings, documents and hearings; that they receive copies of all documents; and be added to the matrix to be served at the addresses below:

Padgett Law Group
6267 Old Water Oak Road, Suite 203
Tallahassee, FL 32312

**DATED** this 11th day of June, 2020.

Respectfully submitted,

/s/ Joshua I. Goldman

Joshua I. Goldman, Esq.
Pennsylvania Bar #205047
PADGETT LAW GROUP
6267 Old Water Oak Road, Suite 203
Tallahassee, FL 32312
(850) 422-2520 (telephone)
(850) 422-2567 (facsimile)
josh.goldman@padgettlawgroup.com
*Counsel for Creditor*

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that a true and correct copy of the Notice of Appearance has been furnished to the parties on the attached Service List by electronic notice and/or by First Class U.S. Mail on this the 11th day of June, 2020:

/s/ Joshua I. Goldman

Joshua I. Goldman, Esq.
Pennsylvania Bar #205047
PADGETT LAW GROUP
6267 Old Water Oak Road, Suite 203
Tallahassee, FL 32312
(850) 422-2520 (telephone)
(850) 422-2567 (facsimile)
josh.goldman@padgettlawgroup.com
*Counsel for Creditor*

# SERVICE LIST (CASE NO. 1:15-bk-03741-HWV)

DEBTOR 1
ALAN L BANKERT
1729 JEFFERSON ROAD
SPRING GROVE, PA 17362

DEBTOR 2
TANYA M BANKERT
1729 JEFFERSON ROAD
SPRING GROVE, PA 17362

ATTORNEY FOR DEBTORS
SARA A. AUSTIN
AUSTIN LAW FIRM LLC
226 EAST MARKET ST.
YORK, PA 17403

TRUSTEE
CHARLES J DEHART, III (TRUSTEE)
8125 ADAMS DRIVE, SUITE A
HUMMELSTOWN, PA 17036

ASST. U.S. TRUSTEE
UNITED STATES TRUSTEE
228 WALNUT STREET, SUITE 1190
HARRISBURG, PA 17101